ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ZORAN J. SEGINA
Assistant United States Attorney (CBN 129676)
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6606
    Facsimile: (213) 894-5900
    E-mail: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>JAMES E. FISH,<br><br>           Defendant. | No. **SACV 13-1104-CJC(JCGx)**<br><br>[SACR 03-0318-AHS]<br><br><br>**ORDER CLOSING CASE**<br><br>[HON. CORMAC J. CARNEY] |

///

///

///

///

///

///

///

///

The Court having considered the application of plaintiff United States of America for closure of case with regard to judgment debtor JAMES FISH, and it appearing to the Court that the closure of case is proper under the circumstances of this case.

IT IS HEREBY ORDERED that the Clerk of the Court shall close civil case SACV 13-1104-CJC(JCGx) with regard to JAMES E. FISH.

Dated: April 18, 2014.

_____
UNITED STATES DISTRICT JUDGE

Presented by:
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ Zoran J. Segina
ZORAN J. SEGINA
Assistant United States Attorney

Attorneys for Plaintiff

-1-